UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

EQUAL EMPLOYMENT
OPPORTUNITY COMMISSION,

    Plaintiff,

v.                                       CASE NO. 8:21-cv-2507-SDM-CPT

CARRABBA'S ITALIAN
GRILL, LLC, et al.,

    Defendants.
_____/

## **ORDER**

The parties jointly move (Doc. 3) for approval of a proposed "consent decree" (Doc. 3-1). The motion (Doc. 3) is **GRANTED**, and the proposed consent decree (Doc. 3-1) is **ADOPTED**. The clerk must enter judgment (1) for the plaintiff and against the defendants and (2) incorporating the proposed consent decree (Doc. 3-1). Jurisdiction is retained only to the extent necessary to enforce the judgment. The clerk must **CLOSE** the case.

ORDERED in Tampa, Florida, on December 9, 2021.

_____
STEVEN D. MERRYDAY
UNITED STATES DISTRICT JUDGE